```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20878
   BERNABE LOZADA
   MARIA E LOZADA                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-9436     SSN XXX-XX-9459

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/08/2007 and was not confirmed.

     The case was dismissed without confirmation 02/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED          4542.30          .00            .00
SPECIALIZED LOAN SERVICI  CURRENT MORTG         .00           .00            .00
US BANK                   MORTGAGE ARRE    10536.79           .00            .00
US BANK                   CURRENT MORTG         .00           .00            .00
ADT SECURITY SERVICES     UNSECURED        NOT FILED          .00            .00
ADT SECURITY              NOTICE ONLY      NOT FILED          .00            .00
AMERIQUEST MASTERCARD     UNSECURED        NOT FILED          .00            .00
AR IMAGING SC             UNSECURED        NOT FILED          .00            .00
ASPIRE                    UNSECURED        NOT FILED          .00            .00
ASPIRE                    UNSECURED        NOT FILED          .00            .00
BENEFICIAL                UNSECURED        NOT FILED          .00            .00
BOBBIE NASH               UNSECURED        NOT FILED          .00            .00
CAPITAL ONE               UNSECURED          689.72           .00            .00
CAPITAL ONE BANK          UNSECURED        NOT FILED          .00            .00
CAPITAL ONE               UNSECURED          662.25           .00            .00
CHASE CARD MEMBER SERVIC  UNSECURED        NOT FILED          .00            .00
CHASE MANHATTAN BANK      NOTICE ONLY      NOT FILED          .00            .00
CITY OF CHICAGO DEPT OF   UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO           UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO           NOTICE ONLY      NOT FILED          .00            .00
CONSOLIDATED CREDIT       UNSECURED        NOT FILED          .00            .00
DEUTSCHE BANK             UNSECURED        NOT FILED          .00            .00
DISCOVER                  UNSECURED        NOT FILED          .00            .00
GOMBERG SHARFMAN GOLD &   UNSECURED         3192.50           .00            .00
HOME DEPOT                UNSECURED        NOT FILED          .00            .00
HSBC ORCHARD BANK         UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00            .00
PROVIDIAN                 NOTICE ONLY      NOT FILED          .00            .00
NEXTEL/TMOBILE            UNSECURED        NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         3999.03           .00            .00
WELLS FARGO FINANCIAL     UNSECURED        NOT FILED          .00            .00
WELLS FARGO FINANCIAL     NOTICE ONLY      NOT FILED          .00            .00
SPECIALIZED LOAN SERVICI  SECURED NOT I    15536.79           .00            .00
LAVELLE LEGAL SERVICES L  DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
```

PAGE   1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 20878 BERNABE LOZADA & MARIA E LOZADA

```
DEBTOR REFUND            REFUND                                          250.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    250.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                       250.00
                         ---------------     ---------------
TOTALS                     250.00                  250.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 05/23/08                  /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE